Doshay Antwan Smith
324 W. Campbell Ave
Roanoke VA 24016

TO:   Honorable Judge Michael F. Urbanski
      United States District Court
      210 Church Ave S.W 24011


RE: United States of America  ⟩ Case No.: 7:16-CR-0005
              v.
       Doshay Antwan Smith



This is a cover letter to the following CC:
This comunication from Doshay Antwan Smith to
AUSA Donald Wolthuis (Attached)


                    Thank You
                    Doshay Antwan Smith



OCT 1 3 2017

USDC Clerk's Office
Mail Room

Doshay Smith
324 West campbell
Roanoke VA 24016

To: s/ Donald R. Wolthuis
Assistant United States Attorney
Virginia State Bar Number 9705
United States Attorney's Office
P.O Box 1709
Roanoke, VA 24008

RE: United States of America > Case No.: 7:16-CR-0005
v.
Doshay Antwan Smith

Sir, I am writing you this letter due to my lack
of understanding your position and your Incorrect
filing of sentencing memorandum. I say Incorrect
due to the fact that on May 26, 2017 I accepted
and enterd a plea agreement for two counts
of distrubution of Methamphetamine ( less than 2grams total)
for a sentence of no more than 188 months. I had
absolutely No Intention to pleading guilty to any Conspiracy
charges what so ever. And I did not.

Nevertheless throughout the United States Sentencing Memorandum
you exuberantly refer and catergarise ( Facts Of The Case,
PSR, Nature And Circumstances Of The Offence, ) ETC ...
notions and accusations of "said" Conspiracy. In offering
me my plea, the government agrees with the defence

that in no way, is there any guilt of conspiracy. No where in my plea agreement does the word "Conspiracy" Exist. Therefore it is clearly inflamatory and conflicting to infer such as you have in your memerandum.

Even though the government disagrees with the PSR and its recommendation of 235-293 months, it is the government itself providing this misleading information to United States Probation Officer (Lollie Shipp Burns) or else she would not be making these false and misleading accusations along with her (off the chart) recommendation. Is it the governments intention to stand it's reccomendation, that reflects the plea agreement, but at the same time promote the opposite by allowing the PSR to misrepresent the facts with gossip and out right lies?

As you know I'm not an officer of the court, and have limited experience in dealing with "Honarable" men such as yourself, I find this process to be ~~totally/dis~~ some dis disturbering at the least and some what sinister. And I conclude by stating that "I probaly would have not enterd any agreement without being totally duped by my attorney (Seth Weston) who seems to have effectivly worked hand and hand with your office to basically trick me into this plea." In your response, please, in your own words explian what is really going on to this inexpereniced an oviously ignorant citizen, who is

compelled to question a process that will be
instrumental in deciding the fate of the rest of
my life. Is it the common practice of the AUSA
office to undermind and misrepresent the truth? And
to make matters worst my attorney (Seth Weston)
has taken the position that I should stand up in
open court and lie to the judge, stating that
I dealt with said persons in a capacity that
would put me in a conspiracy. When surly I have
not plead to any form of "Conspiracy".

Respectfully,

Doshay Antuan Smith

Case No. 7:16-CR-00057

CC:

Donald R Wolthuis
Assisant United States Attorney

Honorable Judge Michael F. Urbanski
United States district Courts

Seth C. Weston, Esq
Law office of Seth C. Weston, PLC

2 of 2