CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 09 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

To the Clerk

Could you tell me what the status is for:

Crim. No. 7:16-CR-00057
Civil case 7:19-CV-81371-MFU

Thank you,

Doshay Smith     3-4-2020
DATE

Federal Correctional Institution - Hazelton
Doshay Smith #21576-084
P.O. Box 5000
Bruceton Mills, WV 26525

PITTSBURGH PA 150

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer enclosed correspondence for forwarding to another address, please return the enclosure to the above address.

Clerk Of Court
210 Franklin Rd SW Rm 540
Roanoke, VA 24011

24011-000640