IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) Case No. 7:16-cr-0057-MFU |
| v. | ) |
| | ) |
| DOSHAY ANTWAN SMITH, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Petitioner | ) |

## ORDER

In accordance with the accompanying Memorandum Opinion, the court **ORDERS** that the government's Motion to Dismiss (ECF No. 217) is **GRANTED**; Smith's motion for summary judgment (ECF No. 219) is **DENIED** as moot; Smith's Motion to Vacate, Set Aside or Correct Sentence (ECF No. 202) is **DENIED**; a certificate of appealability is **DENIED**; and this action shall be **STRICKEN** from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered: April 15, 2020

Michael F. Urbanski
Digitally signed by Michael F. Urbanski
DN: cn=Michael F. Urbanski, o=Western District of Virginia, ou=United States District Court, email=mikeu@vawd.uscourts.gov, c=US
Date: 2020.04.15 14:16:46 -04'00'

Michael F. Urbanski
United States District Judge