IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)<br>)<br>DOSHAY ANTWAN SMITH,                      )<br>)<br>Defendant-Petitioner                              ) | Case No. 7:16-CR-57<br><br>By: Michael F. Urbanski<br>Chief United States District Judge |

### ORDER

Petitioner Smith, proceeding pro se, filed a motion for compassionate release pursuant to 18 U.S.C. § 3582(c), as modified by the First Step Act of 2018, on August 10, 2022. ECF No. 300. The Federal Public Defender (FPD) was appointed to represent Smith the same day.

In the interest of judicial economy, it is **ORDERED** as follows:

1. The FPD shall investigate whether petitioner has a valid claim for early release. The FPD is directed to file a response to this order **within twenty-eight days**, either by filing an amended motion for early release or by filing a notice indicating that she will not be pursuing an amended motion.

2. The government shall file a response to Smith's motion **within twenty-eight days** of the filing of the FPD's amended motion or notice that she does not intend to file an amended motion.

3. The petitioner, whether pro se or represented by counsel, shall file any reply **within fourteen days** of the government's response.

It is so **ORDERED**.

Entered: August 16, 2022

*Digitally signed by Michael F. Urbanski, Chief U.S. District Judge*
*Date: 2022.08.16 15:39:57 -04'00'*

Michael F. Urbanski
Chief United States District Judge